| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Webb, William A. | 2. Court or Organization<br><br>NCE | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>P O Box 25850<br>Raleigh, NC 27611 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   North State Bancorp, Common | | None | J | T | | | | | |
| 2.   Ameriprise MM | A | Int./Div. | L | T | | | | | |
| 3.   Riversource Life Insurance Co-Immediate Annuity | | None | M | W | | | | | |
| 4.   IRA-#1 | D | Int./Div. | N | T | | | | | |
| 5.   -Ameriprise Money Market | | | | | | | | | |
| 6.   -American Century Emerging Markets Funf | | | | | Sold | 01/19/11 | K | | |
| 7.   -Natixis Funds Gateway | | | | | Sold (part) | 05/24/11 | J | | |
| 8.   -John Hancock Large Cap Equity Fund | | | | | Sold (part) | 01/19/11 | J | | |
| 9.   -John Hancock Large Cap Equity Fund | | | | | Buy (add'l) | 05/24/11 | J | | |
| 10.  -John Hancock Large Cap Equity Fund | | | | | Sold | 11/01/11 | K | | |
| 11.  -John Hancock Small Cap Intrinsic Fund | | | | | Sold (part) | 05/24/11 | J | | |
| 12.  -MFS Value Fund | | | | | Buy (add'l) | 01/19/11 | J | | |
| 13.  -MFS Value Fund | | | | | Buy (add'l) | 05/24/11 | J | | |
| 14.  -Oppenheimer Strategic Income Fund | | | | | Buy (add'l) | 01/19/11 | J | | |
| 15.  -Oppenheimer Developing Markets | | | | | Buy | 01/19/11 | K | | |
| 16.  -Pimco Total Return Fund | | | | | Buy (add'l) | 01/19/11 | J | | |
| 17.  -Col Mid Cap Val Opp | | | | | Sold (part) | 01/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Van Eck Global Hard Assets Fund | | | | | Sold (part) | 01/19/11 | J | | |
| 19. -Van Eck Global Hard Assets Fund | | | | | Buy (add'l) | 05/24/11 | J | | |
| 20. -Virtus Real Estate Fund | | | | | Sold (part) | 01/19/11 | J | | |
| 21. -Virtus Real Estate Fund | | | | | Sold (part) | 05/24/11 | J | | |
| 22. -Virtus Foreign Opportunities Fund | | | | | Buy (add'l) | 05/24/11 | J | | |
| 23. -Wells Growth A | | | | | Buy | 11/02/11 | K | | |
| 24. - Vanguard FTSE All World Ex US | | | | | Buy | 01/11/11 | J | | |
| 25. -J P Morgan Chase | | | | | | | | | |
| 26. -First Solar Common Stock | | | | | | | | | |
| 27. AFLAC Common | A | Int./Div. | J | T | | | | | |
| 28. Duke Energy Common | A | Dividend | J | T | | | | | |
| 29. Dupree NC Tax Free Short to Medium Series | A | Interest | K | T | Sold (part) | 03/18/11 | J | A | |
| 30. Dupree NC Tax Free Income Series | A | Interest | | | Sold | 03/18/11 | J | | |
| 31. North State Bank accounts | A | Interest | M | T | | | | | |
| 32. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 33. UBS Pace Intl Equity Fund | A | Int./Div. | | | Sold | 07/01/11 | J | | |
| 34. IRA-#2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Davis New York Venture Fund | | | | | Sold | 08/22/11 | J | | |
| 36. -Eagle Midcap Stock Fund | | | | | Sold | 08/22/11 | J | | |
| 37. -Hartford Capital Appreciation Fund | | | | | Sold | 08/22/11 | J | | |
| 38. -NC Stable Value 401K | | | | | Buy | 08/22/11 | J | | |
| 39. Sirius SX Radio Inc | | None | J | T | | | | | |
| 40. Ameriprise MM | A | Int./Div. | L | T | | | | | |
| 41. IUKA Dev Co | A | Int./Div. | | | Distributed | 07/09/11 | J | | |
| 42. Trust #1 | A | Int./Div. | O | T | | | | | |
| 43. -Ameriprise MM | | | | | Closed | 01/14/11 | J | | |
| 44. -Ameriprise Personal Savings Acct | | | | | Closed | 01/14/11 | J | | |
| 45. -Dreyfuss General MM | | | | | Open | 01/14/11 | J | | |
| 46. Trust #2 (x) | E | Int./Div. | P1 | T | | | | | |
| 47. -ML Bank Deposit Program | | | | | | | | | |
| 48. -Alcatel Lucent | | | | | Sold | 04/21/11 | J | | |
| 49. -AT&T | | | | | Sold | 09/27/11 | L | F | |
| 50. -Comcast Corp | | | | | Sold | 04/21/11 | K | E | |
| 51. -Consolidated Edison | | | | | Sold | 04/21/11 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Duke Energy | | | | | Sold | 04/21/11 | J | A | |
| 53.  -Emerson Elec Co | | | | | Sold | 09/27/11 | L | | |
| 54.  -Frontier Communications | | | | | Sold | 10/06/11 | J | B | |
| 55.  -FDL R Inv Tr | | | | | Sold | 09/27/11 | L | F | |
| 56.  - General Electric | | | | | Sold | 04/21/11 | J | | |
| 57.  -Centurylink formerly Qwest Com | | | | | Sold | 04/21/11 | J | D | |
| 58.  -Spectra Energy | | | | | Sold | 04/21/11 | J | A | |
| 59.  -Verizon Communications | | | | | Sold | 09/27/11 | L | E | |
| 60.  -Vodafone Grp | | | | | Sold | 04/21/11 | K | E | |
| 61.  -WGL Holdings | | | | | Sold | 04/21/11 | K | D | |
| 62.  -American Funds Income | | | | | Sold | 09/27/11 | L | | |
| 63.  -American Inc Fd of Amer | | | | | Sold | 09/27/11 | L | | |
| 64.  -Ishares Barclay | | | | | Sold | 09/27/11 | M | | |
| 65.  -Oppenheimer Limited Term | | | | | Sold | 09/27/11 | N | | |
| 66.  -Principal High Yield | | | | | Sold | 09/27/11 | K | | |
| 67. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webb, William A. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 53 Gain or loss on sale of Emerson Electric is unknown.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William A. Webb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544